UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JEREMY GREY, | ) |
| | ) |
|     Plaintiff. | ) |
| | ) |
| v. | )    Cv. No. 23-2078-SHM/cgc |
| | ) |
| RAFAT KHMOUS and TALAT KHMOUS, | ) |
| | ) |
|     Defendants. | ) |
| | ) |

## ORDER OF DISMISSAL

Before the Court is the parties' March 6, 2024 joint stipulation of dismissal (D.E. 33). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the parties' joint stipulation, this action is DISMISSED WITH PREJUDICE, with costs taxed as paid.

IT IS SO ORDERED this 27th day of March, 2024.

                                            /s/ Samuel H. Mays, Jr.
                                            SAMUEL H. MAYS, JR.
                                            UNITED STATES DISTRICT JUDGE