```
                    UNITED STATES DISTRICT COURT
                 FOR THE WESTERN DISTRICT OF TENNESSEE
                           WESTERN DIVISION


JEREMY GREY,                          )
                                      )
     Plaintiff.                       )
                                      )
v.                                    )    Cv. No. 23-2078-SHM/cgc
                                      )
RAFAT KHMOUS and TALAT KHMOUS,        )
                                      )
     Defendants.                      )
                                      )
```

# JUDGMENT

Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Order docketed on March 27, 2024.

# APPROVED:

__/s/ Samuel H. Mays, Jr._____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

____March 27, 2024_____                    WENDY R. OLIVER____
DATE                                            CLERK

                                                __/s/  Jairo Mendez_____
                                                (By) DEPUTY CLERK